John G. Michael
Matthew E. Farmer    #190484

BAKER, MANOCK & JENSEN
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for    Plaintiff ACCO FINANCE CO.

FILED

JUN 1 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO FINANCE CO., a Delaware Corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>KYLE YANCEY, an individual and dba "Kyle Yancey Farms"; KAYLA YANCEY, an individual; YANCEY FARMS, L.L.C., an Arizona limited liability company; BRUCE YANCEY, an individual; EUELL BARNES, an individual; UAP DISTRIBUTION, INC., a Delaware Corporation and also doing business as "UAP West"; LOVELAND INDUSTRIES, INC., a Colorado corporation and also doing business as "UAP West"; and Does 1 to 10,<br><br>           Defendants. | Case No. 1:06-CV-00158-OWW-LJM<br><br>**STIPULATED JUDGMENT AND TRANSFER ORDER** |

Plaintiff ACCO FINANCE CO. ("Acco") and Defendants KYLE YANCEY, an individual and dba "Kyle Yancey Farms"; YANCEY FARMS, L.L.C., an Arizona limited liability company; BRUCE YANCEY, an individual; EUELL BARNES, an individual; UAP DISTRIBUTION, INC., a Delaware Corporation and also doing business as "UAP West"; LOVELAND INDUSTRIES, INC., a Colorado corporation and also doing business as "UAP West", together with the parties' respective attorneys of record stipulate and agree as follows:

///

**STIPULATED JUDGMENT AND TRANSFER ORDER**

1.      This is an interpleader action wherein Defendants have asserted competing claims to $242,394.62, which ACCO held for the benefit of Defendant KYLE YANCEY. The $242,394.62 ("Stake") has been deposited with this Court by Acco. With the exception of Defendant KAYLA YANCEY, all Defendants have appeared in this action. The parties wish to end this lawsuit and stipulate to judgment as follows.

2.      From the Stake, UAP DISTRIBUTION, INC., a Delaware Corporation and also doing business as "UAP West"; LOVELAND INDUSTRIES, INC., a Colorado corporation and also doing business as "UAP West" (collectively "UAP") shall be paid the sum of $135,000.00. This represents UAP's full and complete claim to monies held in the Stake. The money shall be paid to UAP through its attorney of record. UAP shall be discharged from this lawsuit.

3.      From the Stake, ACCO shall be paid $7,000.00. This represents its reasonable attorneys' fees and costs expended in this lawsuit. The money shall be paid to ACCO through its attorney of record.

4.      ACCO shall be discharged from this lawsuit and determined to have no further financial obligation to any Defendant, in relation to any monies it held for Defendant KYLE YANCEY. Additionally, a permanent injunction shall issue against Yancey Farms, L.L.C. in Yancey Farms, L.L.C. v. Yancey, Yuma County, State of Arizona Superior Court Case No. CV2004-00868 ("Garnishment Proceeding") pursuant to 28 USC § 2361. Pursuant to this permanent injunction, Defendant YANCEY FARMS, L.L.C., its agents, servants, assigns, and all those acting in concert with it, are permanently enjoined and restrained from further prosecuting against ACCO in the Garnishment Proceeding.

5.      After the amounts above have been paid to ACCO and UAP, the remaining Stake shall be transferred to an Arizona court of competent jurisdiction for further proceedings. It shall be the responsibility of KYLE YANCEY, BRUCE YANCEY and/or YANCEY FARMS, L.L.C. to advise this Court of the Arizona court to assume control of the balance of the Stake and to arrange for the transfer of the remaining Stake.

///

**STIPULATED JUDGMENT AND TRANSFER ORDER**

1    6.    Outside of ACCO's fees and costs noted above, each party is to bear their
2  own costs and attorneys' fees related to this suit.
3  **SO STIPULATED.**
4       DATED: May 22, 2006            ACCO FINANCE CO.

6                                      /s/ Warren Williams
                                       By: Warren Williams
7                                      Secretary of ACCO FINANCE CO.

9       DATED: May 22, 2006            Kyle Yancey

10                                     /s/ Kyle Yancey

13      DATED: May 22, 2006            Yancey Farms, L.L.C.

14                                     /s/ Kyle Yancey
                                       By: Kyle Yancey
15                                     Partner in Yancey Farms, L.L.C.

17      DATED: May 22, 2006            Yancey Farms, L.L.C.

19                                     /s/ Bruce Yancey
                                       By: Bruce Yancey
                                       Partner in Yancey Farms, L.L.C.

21      DATED: May 22, 2006            Bruce Yancey

22                                     /s/ Bruce Yancey

24      DATED: May 22, 2006            Euell Barnes

25                                     /s/ Euell Barnes

3

**STIPULATED JUDGMENT AND TRANSFER ORDER**

|   |   |   |
|---|---|---|
| DATED: May 22, 2006 | | UAP DISTRIBUTION, INC. and LOVELAND INDUSTRIES, both doing business as "UAP West" |

/s/ Stan Fettig
By: Stan Fettig
Their: Regional Special Assets Manager

APPROVED AS TO FORM AND CONTENT:

Dated:   May 22, 2006                    Baker, Manock & Jensen

/s/ Matthew E. Farmer
Matthew E. Farmer, Attorneys for Plaintiff
ACCO FINANCE CO.

Dated:   May 22, 2006                    Gubler & Ide

/s/ John Chris Gomez
John Chris Gomez, Attorneys for Defendants
UAP DISTRIBUTION, INC. and
LOVELAND INDUSTRIES, both doing
business as "UAP West"

Dated:   May 22, 2006                    Griswold, LaSalle, Cobb, Dowd & Gin

/s/ Michael R. Johnson
Michael R. Johnson, Attorneys for Defendant
Euell Barnes

4

**STIPULATED JUDGMENT AND TRANSFER ORDER**

1 | **JUDGMENT**

2 | The Court, in recognition of the stipulation of the parties above, hereby enters and

3 | awards judgment consistent with the terms of the stipulation above.

4 | **IT IS SO ADJUDGED, DETERMINED AND DECREED.**

5 | Dated: ___6-8___, 2006.

7 | _____
The Honorable Oliver W. Wanger

10 | ///
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///

17 | @PFDesktop\::ODMA/GRPWISE/BMJDOM.FresDocs.PS4Lib:352480.1

18 | 10849.0053

**STIPULATED JUDGMENT AND TRANSFER ORDER**