UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO FINANCE CO., ) | 1:06-cv-0158 OWW LJO |
| Plaintiff, ) | ORDER DIRECTING CLERK OF COURT TO TRANSMIT FUNDS |
| v. ) | |
| KYLE YANCEY, et al., ) | |
| Defendants. ) | |

Pursuant to the Stipulation of the parties in a prior Order of this court, the Clerk of Court of the Eastern District of California shall forthwith transmit the balance of the proceeds presently held in this case to the Clerk of the Superior Court of Arizona, County of Yuma, in *Yancey Farms, L.L.C. v. Kyle Yancey*, case number S1400CV200400868, at 250 West Second Street, Yuma, AZ 85364.

SO ORDERED.

DATED:  October 31, 2006.

/s/ Oliver W. Wanger
_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

1